■ In the Matter of MARK STEVENS et al., Appellants, v NEW YORK STATE THRUWAY AUTHORITY et al., Respondents. [974 NYS2d 305]—Lahtinen, J. Appeal from a judgment of the Supreme Court (McGrath, J.), entered August 14, 2012 in Albany County, which dismissed petitioners' application, in a proceeding pursuant to

CPLR article 78, to review a determination of respondent New York State Thruway Authority partially denying petitioners' Freedom of Information Law requests.

The judgment is affirmed for the reasons set forth in our decision in the companion case of *Matter of Massaro v New York State Thruway Auth.* (111 AD3d 1001 [2013] [decided herewith]).

Rose, J.P., Spain and Garry, JJ., concur. Ordered that the judgment is affirmed, without costs.